NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

May 19, 2022

**ERRATA**

Appeal No. 2021-1772

**ACQIS, LLC,**
*Plaintiff-Appellant*

**v.**

**EMC CORPORATION,**
*Defendant-Appellee*

Decided:  May 18, 2022
Nonprecedential opinion

Please make the following change:

On page 1, change the spelling of "Vladimir J. S-e-m-e-n-d-y-a" to "Vladimir J. S-e-m-e-n-d-y-a-i."